UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PHILIP WALSH,                                    )
                                                 )
            Plaintiff,                           )
                                                 )
      vs.                                        )        Case No. 4:21 CV00067 ACL
                                                 )
KILOLO KIJAKAZI,                                 )
Commissioner of Social Security                  )
                                                 )
                                                 )
            Defendant.                           )

MEMORANDUM AND ORDER

       This is an action under 42 U.S.C. § 405(g) for judicial review of Defendant's final decision

denying Plaintiff's application for benefits under the Social Security Act.   Currently pending is

Defendant's Motion to Reverse and Remand.   (Doc. 33.)

       In her motion, Defendant requests that the Court reverse the decision of the administrative

law judge ("ALJ"), and remand this action to the Commissioner pursuant to sentence four of 42

U.S.C. § 405(g).   Defendant states that, after careful review of the above-captioned case, agency

counsel determined that remand was necessary for further evaluation of Plaintiff's claim.

Defendant indicates that, upon remand, the agency will take further action to complete the

administrative record, re-evaluate Plaintiff's impairments, and issue a new decision.

       Plaintiff has filed a Response to Defendant's Motion, in which he indicates he has no

objection to Defendant's Motion to Remand.   (Doc. 34.)

       Sentence four of 42 U.S.C. § 405(g) states that "[t]he court shall have power to enter, upon

the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the

decision of the Commissioner of Social Security, with or without remanding the cause for a

rehearing."   In order for the Court to properly remand a case to the Commissioner pursuant to

sentence four, the Court must enter an order either affirming, modifying, or reversing the Commissioner's decision.   *See Brown v. Barnhart*, 282 F.3d 580, 581 (8th Cir. 2002).

The undersigned believes that it is appropriate to reverse and remand this case in order to permit the Commissioner to take further action as requested in her motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand (Doc. 33) is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner be **reversed** and this cause be **remanded** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for those reasons set forth in this Memorandum and Order.   A separate written Judgment will be entered in favor of the Plaintiff and against the Defendant.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of May, 2022.